

Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jamie L. Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jamieclark@backuslaw.com
Attorneys for Defendant
*Albertson's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRI KAZANCHIAN, | **)** **Case No. 2:26-cv-00211-GMN-DJA** |
| Plaintiff, | **)** |
| vs. | **)** **ORDER GRANTING** |
| | **)** **STIPULATION TO DISMISS** |
| ALBERTSON'S LLC dba ALBERTSON'S | **)** **WITH PREJUDICE** |
| 46; DOE EMPLOYEES 1-10, inclusive and | **)** |
| ROE CORPORATIONS 1-10, inclusive | **)** |
| | **)** |
| Defendants. | **)** |

**IT IS HEREBY STIPULATED** between the parties, Plaintiff, SHERRI KAZANCHIAN, by and through her attorneys, of the Cottle Law Firm and Defendant Albertson's LLC., by and through its attorneys of the law office of BACKUS | BURDEN; to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

**THE COTTLE FIRM**

By: /s/ Robert Cottle
Robert Cottle, Esq.
Mark Losee, Esq.
8635 South Eastern Avenue
Las Vegas, Nevada 89123
*Plaintiff Sherri Kazanchian*

**BACKUS | BURDEN**

By: Jamie L. Clark
Jack P. Burden, Esq.
Jamie Clark, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
*Defendant Albertson's LLC*

**BACKUS, BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

## ORDER

**IT IS HEREBY ORDERED** that all claims in this case are **DISMISSED with prejudice**.

The Clerk of Court is kindly directed to close this case.

**DATED** this ___19___ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On March 18, 2026, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Robert W.. Cottle, Esq. -NSB No. 4576<br>Mark Q..Losee, Esq. – NSB No. 12996<br>Email: nlosee@ctittlefirm.cOM<br>THE CQTTLE FIRM<br>8635 South Eastern Avenue<br>Las VegaS, Nevada 89123<br>T: (702) 722-6111 - F: (702) 834-8555 | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/s/Kelly Mayes_____
An employee of BACKUS | BURDEN